IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OMAR T. ALSTON,

    Plaintiff,

v.                    Case No. 4:17cv493-MW/CAS

SGT. E. BELLAMY,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 22. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Defendant's Motion to Dismiss, ECF No. 8, is **GRANTED in part and DENIED in part**. The motion to dismiss Plaintiff's request for compensatory and punitive damages is granted, but the motion is otherwise denied. Defendant is directed to file an answer to Plaintiff's Complaint. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED** on September 10, 2018.

                                          s/ MARK E. WALKER
                                          Chief United States District Judge